COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Margaret Arthur Reid v. Menghesteab Worede

Appellate case number:    01-18-01010-CV

Trial court case number:  2016-51280

Trial court:              234th District Court of Harris County

The Court today reviewed the brief filed, pro se, by the appellant, Margaret Arthur Reid, on February 14, 2019, and we have determined that it does not comply with TEX. R. APP. P. 38.1.

**Appellant is ordered to redraw the brief.** *See* TEX. R. APP. P. 38.9, 44.3. A redrawn appellant's brief, conforming to the Texas Rules of Appellate Procedure, is due 30 days from the date of this order. If another brief that does not comply with Rule 38.9(a) is filed, this court may strike the brief, prohibit the appellant from filing another brief, and proceed as if the appellant has failed to file a brief. *See* TEX. R. APP. P. 38.9. If a conforming brief is filed and the appellees wish to amend or supplement their brief, such additional briefing is due 30 days after that conforming appellant's brief is filed in this court. *See* TEX. R. APP. P. 38.6(b).

In light of this order requiring the appellant to redraw its brief, **this case**, which was set for submission without oral argument on January 8, 2020, **is withdrawn from the submission docket**.

It is so **ORDERED**.

Judge's signature: ____/s/ Peter Kelly_____
                   ☒ Acting individually   ☐ Acting for the Court

Date: <u>December 31, 2019</u>